Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

*Attorneys for Defendant First Bankcard, a division of First National Bank of Omaha*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br><br>   Plaintiff,<br><br>v.<br><br>FIRST BANKCARD, a division of FIRST NATIONAL BANK OF OMAHA,<br><br>   Defendant. | CASE NO.: 2:19-cv-00555-GMN-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

1  Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, by and through his counsel of record, and Defendant, by and through its counsel of record, hereby stipulate and agree that all of Plaintiff's claims against Defendant in the above-captioned action are dismissed ***with prejudice***, with each party to bear their own costs and fees.

DATED this 11th day of February 2020.    DATED this 11th day of February 2020.

 /s/  Robert Tzall    
Robert Tzall, Esq.  
Nevada Bar No.: 13412  
**THE LAW OFFICES OF ROBERT M. TZALL**  
1481 W. Warm Springs Rd, Suite 135.  
Las Vegas, NV 89014  
Telephone: (702) 666-0233  

*Attorney for Plaintiff*

 /s/ Nicole Lovelock    
Nicole Lovelock, Esq.  
Nevada State Bar No. 11187  
Justin C. Jones, Esq.  
Nevada State Bar No. 8519  
**JONES LOVELOCK**  
6675 W. Tenaya, Suite 200  
Las Vegas, Nevada 89113  
Telephone: (702) 805-8450  
Fax: (702) 805-8451  

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:


_____  
UNITED STATES DISTRICT JUDGE  
DATED:_____