Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Facsimile: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

*Attorneys for Defendant First Bankcard, a division of First National Bank of Omaha*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br><br>Plaintiff,<br><br>v.<br><br>FIRST BANKCARD, a division of FIRST NATIONAL BANK OF OMAHA,<br><br>Defendant. | CASE NO.: 2:19-cv-00555-GMN-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, by and through his counsel of record, and Defendant, by and through its counsel of record, hereby stipulate and agree that all of Plaintiff's claims against Defendant in the above-captioned action are dismissed **_with prejudice_**, with each party to bear their own costs and fees.

DATED this 11th day of February 2020.

  /s/  Robert Tzall
Robert Tzall, Esq.
Nevada Bar No.: 13412
**THE LAW OFFICES OF ROBERT M. TZALL**
1481 W. Warm Springs Rd, Suite 135.
Las Vegas, NV 89014
Telephone: (702) 666-0233

*Attorney for Plaintiff*

DATED this 11th day of February 2020.

  /s/ Nicole Lovelock
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
6675 W. Tenaya, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Fax: (702) 805-8451

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 14 day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2